IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL WIESNETH,            )
                             )
        Plaintiff,            )
                             )
    v.                       )    No. 13 C 4168
                             )
JOSEPH KRIEBS, et al.,       )
                             )
        Defendants.          )

MEMORANDUM ORDER

Joseph Kriebs ("Kriebs") and John D. Anderson Trucking, Inc. ("Anderson Trucking") have just filed their joint Answer in this personal injury action stemming from a motor vehicle collision. This memorandum order is issued sua sponte to address two problematic aspects of that responsive pleading.

First, Answer ¶4 has admitted that Anderson Trucking owned a vehicle being driven by Kriebs on September 29, 2010 (Answer ¶3), but it goes on to deny that the vehicle collided with another vehicle being driven by plaintiff Michael Wiesneth. Just what does that mean? Does it indicate that no collision took place? If not, just what is defense counsel seeking to convey?

Answer ¶5 denies that it was defendants' duty "to exercise ordinary care in the ownership, operation, possession and control of said vehicle so as not to cause injury to the vehicles in or upon said public roadway." Does that amount to a contention that no such duty existed, or that the alleged duty has been overstated in some respect, or what?

Federal pleading operates on a notice-pleading rather than fact-pleading basis. But that applies to defendants as well as to plaintiffs, and Answer ¶¶4 and 5 are singularly uninformative in that respect.

Accordingly the two offending paragraphs of the Answer are stricken sua sponte, but with leave of course granted to substitute appropriate amended paragraphs (not a full-blown Amended Answer) in the place of each. That amendment to the existing Answer is to be filed on or before July 31, 2013.

_____
Milton I. Shadur
Senior United States District Judge

Date:  July 23, 2013