IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MICHAEL WIESNETH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 4168 |
| | ) | |
| JOSEPH KRIEBS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has just received from defense counsel a Notice of Filing that reports counsel's filing of what is described as "Defendants 26(a)(2) opinion witness disclosure of Dr. Gary S. Skaletsky." It appears that defense counsel may be unaware of this District Court's prohibition on such filing as set out in the first sentence of LR 26.3:

> Except as provided by this rule,[1] discovery materials, including disclosure of expert testimony, shall not be filed with the court.

Accordingly the document referred to in the Notice of Filing is stricken from the file (or, in these days of electronic filing, the Clerk's Office is directed to take whatever action is called for to make the document inaccessible as a public document).

_____
Milton I. Shadur
Senior United States District Judge

Date: November 19, 2014

---

[1] [Footnote by the Court] That limited exception is inapplicable here.