IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL WIESNETH**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 4168 |
| | ) | |
| **JOSEPH KRIEBS**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Fully a week has elapsed since counsel for the litigants advised this Court that they had just settled this case, all the arrangements for which (including the ordering of a jury panel) had been set for a one-week trial beginning this past Monday, October 24. Since then the parties' counsel have failed to provide a written confirmation of their agreed-upon resolution, apparently because of some uncertainty as to the existence or nonexistence of any lien that could impact on the distribution of defendants' payment of the settlement amount.

There would appear to be no justification for that failure such as to call for the delayed entry of the final termination of the case. Both sides' counsel have been living with this lawsuit for more than three years, and the asserted present uncertainty on the subject referred to at the end of the preceding paragraph is really out of sync with the knowhow expected of the experienced personal injury lawyers involved here. Accordingly this action is dismissed with prejudice, although under the circumstances this Court would be prepared to consider a timely and properly supported Fed. R. Civ. P. 59(e) motion if, as and when tendered and noticed up for presentment.

                                                                                                              _____
                                                                                                              Milton I. Shadur
                                                                                                              Senior United States District Judge

Date: October 27, 2016